**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALIA VILLALOVOS, <br><br>Plaintiff, <br><br>v. <br><br>SYNCHRONY BANK, <br><br>Defendant. | **Case No.:** CV18-7515 DSF (AFMx) <br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)** <br><br>**HONORABLE DALE S. FISCHER** |

///

Plaintiff ORALIA VILLALOVOS ("Plaintiff") and Defendant SYNCHRONY BANK ("Defendant"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Defendant hereby jointly move to dismiss this Action WITHOUT PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: June 19, 2019                    **KAZEROUNI LAW GROUP, APC**

By: /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**REED SMITH LLP**

By: /s/ Patil T. Derderian
PATIL T. DERDERIAN, ESQ.
ATTORNEY FOR DEFENDANT

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Date: June 19, 2019                    **KAZEROUNI LAW GROUP, APC**

By: /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation to Dismiss Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)* has been filed this 23rd day of June 2019, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                            ___/s/ Matthew M. Loker___
                                                     Matthew M. Loker