# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORALIA VILLALOVOS,**<br><br>Plaintiff,<br><br>v.<br><br>**SYNCHRONY BANK,**<br><br>Defendants. | **Case No.:** CV18-7515 DSF (AFMx)<br><br>**ORDER** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 26, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE